# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JULY 31, 2013

## NO. 03-11-00456-CR

**Todd Garrett Wiseman, Appellant**

**v.**

**The State of Texas, Appellee**

**APPEAL FROM 368TH DISTRICT COURT OF WILLIAMSON COUNTY**
**BEFORE JUSTICES PURYEAR, PEMBERTON AND FIELD**
**AFFIRMED -- OPINION BY JUSTICE PURYEAR**

**THIS CAUSE** came on to be heard on the record of the court below, and the same being considered, because it is the opinion of this Court that there was no error in the trial court's judgments: **IT IS ORDERED, ADJUDGED AND DECREED** by the Court that the judgments of the trial court are in all things affirmed; and it appearing that the appellant is indigent and unable to pay costs, that no adjudication as to costs is made; and that this decision be certified below for observance.